NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVELYN BURNEY, DOING BUSINESS AS PLOTT BAKERY PRODUCTS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**STERLING FOODS, INC.,**
*Defendant-Appellee.*

---

2012-5088

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-067, Senior Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

The United Postal Service moves for extensions of time, until September 20, 2012, for the appellees' to file

their response briefs. Sterling Foods does not oppose. Evelyn Burney opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carrie A. Dunsmore, Esq.
Michael A. Gordon, Esq.
Evelyn T. Burney

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK